```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 19139
    ANGELINA O PARKER BROWN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-9866


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/12/2005 and was confirmed 08/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/12/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
PAYDAY LOAN                SECURED          4275.00        321.75         4275.00
ASSET ACCEPTANCE CORP      UNSECURED         399.06           .00             .00
AT&T CABLE                 UNSECURED       NOT FILED          .00             .00
BEST BANK                  UNSECURED       NOT FILED          .00             .00
CHECK N GO                 UNSECURED       NOT FILED          .00             .00
COLUMBIA HOUSE             UNSECURED       NOT FILED          .00             .00
CREDIT PROTECTION ASSOC    UNSECURED       NOT FILED          .00             .00
ECAST SETTLEMENT CORP      UNSECURED       NOT FILED          .00             .00
EQUIANT FINANCIAL          UNSECURED       NOT FILED          .00             .00
FAIR FINANCIAL SERVICES    UNSECURED       NOT FILED          .00             .00
NATIONWIDE ACCEPTANCE~     UNSECURED         814.77           .00             .00
PREMIER BANCARD CHARTER    UNSECURED         325.00           .00             .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED          .00             .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED          .00             .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED          .00             .00
ILLINOIS DEPT PUBLIC AID   UNSECURED        1388.26           .00             .00
LOAN EXPRESS CO            UNSECURED         144.93           .00             .00
MAX RECOVERY               UNSECURED       NOT FILED          .00             .00
MERCURY FINANCE            UNSECURED       NOT FILED          .00             .00
KENNETH B DROST            NOTICE ONLY    NOT FILED          .00             .00
INOVISION                  UNSECURED       NOT FILED          .00             .00
NCO FINANCIAL INC          UNSECURED       NOT FILED          .00             .00
NCO FINANCIAL SYSTEMS IN   UNSECURED       NOT FILED          .00             .00
NORTHWESTERN MEMORIAL HO   UNSECURED       NOT FILED          .00             .00
NORTHWESTERN MEMORIAL HO   UNSECURED       NOT FILED          .00             .00
NORTHWEST COLLECTION       UNSECURED       NOT FILED          .00             .00
NORTHWEST COLLECTORS       UNSECURED       NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED         669.48           .00             .00
PROFESSIONAL ACCOUNT MGM   UNSECURED       NOT FILED          .00             .00
ASSET ACCEPTANCE CORP      UNSECURED         585.87           .00             .00
ASSET ACCEPTANCE           NOTICE ONLY    NOT FILED          .00             .00
CBA COLLECTION BUREAU      NOTICE ONLY    NOT FILED          .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 19139 ANGELINA O PARKER BROWN
```

```
SEVENTH AVENUE              UNSECURED       NOT FILED              .00              .00
ARROW FINANCIAL SERVICES    UNSECURED          219.77              .00              .00
MIDWEST VERIZON WIRELESS    UNSECURED         2218.70              .00              .00
VERIZON WIRELESS            UNSECURED       NOT FILED              .00              .00
CONSUMER PORTFOLIO SERV     UNSECURED         4694.44              .00            31.39
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY      1,999.20                          1,999.20
TOM VAUGHN                  TRUSTEE                                              347.06
DEBTOR REFUND               REFUND                                                48.60

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     7,023.00

PRIORITY                                               .00
SECURED                                           4,275.00
    INTEREST                                        321.75
UNSECURED                                            31.39
ADMINISTRATIVE                                    1,999.20
TRUSTEE COMPENSATION                                347.06
DEBTOR REFUND                                        48.60
                           ---------------   ---------------
TOTALS                      7,023.00              7,023.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/26/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```